**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE**<br>299 BROADWAY<br>SUITE 1700<br>NEW YORK, NY 10007<br>OFFICE: (212) 962-1333<br>FAX: (212) 962-1778 | **WHITE PLAINS OFFICE**<br>175 MAIN STREET<br>SUITE 800<br>WHITE PLAINS, NY 10601<br>OFFICE: (914) 358-5998<br>FAX: (914) 761-0995 |

August 13, 2020

Honorable Vincent Briccetti
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF

> APPLICATION GRANTED
> Mr. Tanner is re-appointed as defendant Washington's attorney pursuant to the Criminal Justice Act.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, USDJ    8/13/2020

Re:   *USA v. Isaiah Washington*, 14 Cr. 768 (VB)
       Motion for CJA Reappointment

Dear Judge Briccetti:

    I was previously appointed by the Court to represent the defendant pursuant to CJA in the above matter (ECF Doc No. 392). On October 18, 2019, the Court sentenced the defendant to 12 months' incarceration for a violation of Supervised Release (ECF Doc No. 393). On August 10, 2020, I was notified of new Specifications filed against Mr. Washington alleging Violations of Supervised Release. Initial appearance on the Summons is scheduled for September 9, 2020 at 2:30 pm.

    I therefore write to the Court to request CJA reappointment to represent the defendant, nunc pro tunc to August 10, 2020. I am not aware of any changes to his financial condition since my last appointment.

    Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   All Parties (By ECF)