UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ISAIAH WASHINGTON,
                Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/20

**ORDER**

14 CR 768-4 (VB)

        **The initial conference in this violation of supervised release matter scheduled for September 9, 2020, at 2:30 p.m., will be conducted by telephone instead of in person at the Courthouse.**

        At the time of the scheduled conference, counsel and defendant shall attend by calling the following number and entering the access code when requested:

        **Dial-In Number:**    (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

        **Access Code:**       1703567

Dated: September 9, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge