UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA, :

   -against- : 14 Cr. 768 (VB)

ISAIAH WASHINGTON, : ORDER

   Defendant :
---------------------------------------x

Hon. Vincent L. Briccetti, United States District Judge:

    The Defendant, ISAIAH WASHINGTON, (ID. No. 2019-01043), a federal prisoner currently detained at the Orange County Jail, Goshen, New York, anticipates filing a motion for home confinement pursuant 18 U.S.C. § 3624 and/or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on compelling medical reasons which will place his medical condition in issue, it is hereby

~~xxxxxxxxxxxxxxx~~ ORDERED that the Orange County Jail release to Defendant's counsel of record, Howard E, Tanner, Esq., within five business days of this Order:

    (1) Defendant's complete medical records from the time he entered into the custody of the Orange County Jail; and

    (2) Any Federal Bureau of Prisons medical records for the defendant in the possession of the Orange County Jail.

SO ORDERED:

                                                           Hon. Vincent L. Briccetti

Dated: December 1, 2020
White Plains, New York