UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x
UNITED STATES OF AMERICA,            :

   -against-                                            :          14 CR. 768 (VB)

ISAIAH WASHINGTON,                        :          ORDER

   Defendant                                          :
―――――――――――――――――――――――――x

Hon. Vincent L. Briccetti, United States District Judge:

    The Defendant, Isaiah Washington, DOB: 1/23/1996, a former inmate, anticipates filing a motion for home detention pursuant 18 U.S.C. § 3624 or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on compelling medical reasons which will place his medical condition at issue,

    It is hereby ORDERED that the Westchester County Jail, release to Defendant's counsel of record, Howard E, Tanner, Esq., within five business days of this Order:

    (1) Defendant's complete medical records from the time he entered into the custody of the Westchester County Jail until the date of his release, and;

    (2) Any Federal Bureau of Prisons medical records for the defendant in the possession of the Westchester County Jail.

**SO ORDERED:**

                                                           Hon. Vincent L. Briccetti
                                                           United States District Judge

Dated: December 2, 2020
White Plains, New York