UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES OF AMERICA,   :

v.   :

ISAIAH WASHINGTON,   :
                    Defendant.   :

----------------------------------------------------------x

USDC SDN
DOCUMI
ELECT    NICALLY FILED
DOC #
**ORDER** DATE FILED: _12/11/20_

14 CR 768-4 (VB)

     Defendant has filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #521).  Defendant's submission indicates he currently is not in the custody of the Bureau of Prisons ("BOP") because he has not yet been transferred from the Orange County Jail to a BOP facility to serve the remainder of his sentence.  In the Court's experience, under these circumstances, the government has taken the position that the exhaustion requirements of 18 U.S.C. § 3582(c)(1)(A) do not apply.

     Accordingly, by December 23, 2020, the government is directed to file a response to defendant's motion.  The government is directed to address the merits of the motion.

Dated: December 11, 2020
      White Plains, NY

               SO ORDERED:

               Vincent L. Briccetti
               United States District Judge